## UNITED FUEL GAS CO. *v.* PUBLIC SERVICE COMMISSION OF WEST VIRGINIA.

No. 527.  Decided April 6, 1964.

*Albert R. Connelly, Edward S. Pinney, Victor M. Earle III, C. E. Goodwin, John F. Hunt, Jr., Charles C. Wise, Jr.* and *William C. Hart* for appellant.

*Robert L. Stewart* for appellee.

*Solicitor General Cox, Ralph S. Spritzer, Frank I. Goodman, Richard A. Solomon* and *Howard E. Wahrenbrock* for the United States et al., as *amici curiae.*

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.